No. 87–139. CITY AND BOROUGH OF SITKA v. R. W. BECK & ASSOCIATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–143. WELLS v. VIRGINIA COMMONWEALTH UNIVERSITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–149. NIEDZWIECKI v. CITY OF BRIDGEPORT. App. Ct. Conn. Certiorari denied.

No. 87–150. KARL SCHERMER & CO. v. ALPHA INTERNATIONAL ET AL. Super. Ct. N. J., Law Div., Union County. Certiorari denied.

No. 87–151. YATES v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–152. BERGMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–155. NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) v. CUMMINGS ET AL. Sup. Ct. Pa. Certiorari denied.

No. 87–164. BROTHERHOOD OF TEAMSTERS & AUTO TRUCK DRIVERS LOCAL 70 OF ALAMEDA COUNTY ET AL. v. WESTERN PACIFIC RAILROAD CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–165. LOGAN v. ABSHIRE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–166. HILL ET AL. v. CHILEAN LINE ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–167. MAREK ET VIR v. MARPAN TWO, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–172. DUNLAP, DBA AMERICAN ARCADE v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 87–175. TANGO v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.